JOHN W. HUBER, United States Attorney (#7226)
VERNON G. STEJSKAL, Assistant United States Attorney (#8434)
Attorneys for the United States of America
111 Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524 5682

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
APR 10 2019
D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:15CR00229 DB |
|---|---|
| Plaintiff, | CONCURRENCE OF UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT |
| vs. | |
| MICHAEL SULIMAN HAIG BABIKYAN, | Judge Dee Benson |
| Defendant. | |

Based upon consideration of the applicable law and the defendant's statement, I hereby concur, on behalf of United States Immigration and Customs Enforcement, Homeland Security Investigation, in the United States Attorney's request that a judicial order of removal be granted against the defendant.

Dated: 4/10/19
Salt Lake City, Utah

_____
Brandon Crane
Acting Assistant Special Agent in Charge
United States Immigration and
Customs Enforcement
Homeland Security Investigations